```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

**STEVEN JONES**                     )
                                     )
**v.**                               )   Civil Action No. 3:09-0287
                                     )   Judge Echols/Knowles
**SOUTHERN HEALTHCARE PARTNERS**     )


                        **REPORT AND RECOMMENDATION**

    The undersigned previously entered an Order on August 5, 2009 (Docket Entry No. 9), requiring Plaintiff to file with the Court a written explanation showing cause for his failure to serve Defendant within 120 days after the filing of the Complaint pursuant to Fed.R.Civ.P. 4(m).  The Order required Plaintiff to file such explanation within twenty (20) days of the date of entry of the Order, and it also stated in pertinent part, "If Plaintiff fails to comply with the provisions of this Order, the undersigned will recommend that this action be dismissed without prejudice."

    As of the date of the filing of this Report and Recommendation, Plaintiff has failed to comply with the Court's previous Order.  The Court also notes that the Order to Show Cause entered on August 5, 2009 (Docket Entry No. 9), has been returned to the Clerk's Office as "Unclaimed". According to the Order entered by the Honorable Robert L. Echols on March 27, 2009 (Docket Entry No. 7), "He is also forewarned that his prosecution of this action will be jeopardized should he fail to keep the

Clerk's Office informed of his current address." Therefore, the undersigned recommends that this action be dismissed without prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has ten (10) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have ten (10) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within ten (10) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied,* 474 U.S. 111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

                                              E. CLIFTON KNOWLES
                                              United States Magistrate Judge